IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL A. WESNER,<br><br>          Petitioner,<br><br>vs.<br><br>MICHELE WELHELM, Warden, Nebraska State Penitentiary; SCOTT FRAKES, Director, Nebraska Department of Correctional Services; and DOUGLAS J. PETERSON, Attorney General for the State of Nebraska;<br><br>          Respondents. | **8:19CV391**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing No. 9.) Upon careful consideration,

      IT IS ORDERED that Respondent's Motion to Substitute Appropriate Respondent (filing no. 9) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the sole proper respondent in this action.

      Dated this 29th day of May, 2020.

                                                          BY THE COURT:

                                                          *Richard G. Kopf*

                                                           Richard G. Kopf
                                                           Senior United States District Judge